NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**JBS HAIR INC., UNO & COMPANY, LTD., JINNY BEAUTY SUPPLY CO INC,**
*Defendants-Appellants*

---

2014-1172

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:10-cv-01430-P, Judge Jorge A. Solis.

---

**JUDGMENT**

---

ANTHONY J. DAIN, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, argued for plaintiff-appellee. Also represented by FREDERICK K. TAYLOR, RAYMOND K. CHAN, DAVE DEONARINE.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for defendants-appellants. Also represented by JOSEPH STEPHEN BELICHICK, JAE WON SONG, Mountain View, CA; JEFFREY A. WARE, Seattle,

WA; RYAN J. MARTON, Tyz Marton Schumann, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 7, 2016                          /s/ Daniel E. O'Toole
        Date                           Daniel E. O'Toole
                                       Clerk of Court